| | | | |
|---|---|---|---|
| Case No. | **ED CV 17-767-DMG (SKx)** | Date | January 19, 2018 |

Title *CVB Financial Corp. v. United States of America*

Present: The Honorable     DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

     In light of the parties' stipulation to dismissal filed on January 19, 2018 [Doc. # 19], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear its own attorney's fees and costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.